**Order entered October 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01187-CV

### IN RE CHARLES WOODRING, Relator

**Original Proceeding from the 336th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 051409**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's September 24, 2019 petition for writ of mandamus.

/s/    ROBBIE PARTIDA-KIPNESS
       JUSTICE